### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
GILBERTO VELEZ
      Plaintiff                      CIVIL NO. 3:24-CV-01047
                                                       (CVR)
        V.

UNITED STATES GOVERNMENT,
ALEJANDRO N. MAYORKAS
IN HIS OFFICIAL CAPACITY AS
SECRETARY OF THE DEPARTMENT OF
HOMELAND SECURITY, JANE DOE,
RICHARD ROE, MIKEY MOE, INSURANCE
COMPANY XYZ


        Defendant
```

**MOTION FOR ISSUANCE OF SUMMONSES**

**TO THE HONORABLE COURT:**

COMES NOW the Plaintiff, through the undersigned counsel and respectfully STATES and PRAYS:

1. In this case, the Court granted until February 24, 2024 to submit the summonses to be issued by the Clerk's Office.

2. Pursuant to Fed.R.Civ. P. 4(i)(2), the United States Attorney for the District of Puerto Rico and the Attorney General of the United States must also be served with process.

3. Accordingly, Plaintiff hereby submits the summonses for the United States Secretary of the Department of Homeland Security, the United States Attorney for the District of Puerto Rico, and

for the Attorney General of the United States, to be issued by the Clerk of the Court.

**WHEREFORE,** Plaintiff respectfully requests the Court to take notice of the above and order the Clerk of the Court to issue the attached summonses.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14 day of February 2024

**/s/ JOSE A. ARCE-DIAZ**
JOSE A. ARCE DIAZ ESQ.
Counsel for Plaintiff
USDC-PR No. 222508
PO Box 270-157
San Juan, P.R.  00928
TEL:(787)647-7007
jag.arcediaz@gmail.com