IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GILBERTO VELEZ<br>    Plaintiff<br><br>V.<br><br>UNITED STATES GOVERNMENT,<br>ALEJANDRO N. MAYORKAS<br>IN HIS OFFICIAL CAPACITY AS<br>SECRETARY OF THE DEPARTMENT OF<br>HOMELAND SECURITY, JANE DOE,<br>RICHARD ROE, MIKEY MOE, INSURANCE<br>COMPANY XYZ<br><br>    Defendant | CIVIL NO. 3:24-CV-01047<br>(CVR) |

**SECOND MOTION FOR ISSUANCE OF SUMMONS**

**TO THE HONORABLE COURT:**

COMES NOW the Plaintiff, through the undersigned counsel and respectfully STATES and PRAYS:

1. In this case, the Court issued the summonses as requested. Nonetheless we have become aware that the address provided to the court for Alejandro Mayorkas, Secretary of the Department of Homeland Security is incorrect. Thus, we are submitting a new summons as to Mr. Mayorkas with the correct address to be issued by the Clerk of the Court.

**WHEREFORE**, Plaintiff respectfully requests the Court to take notice of the above and order the Clerk of the Court to issue the attached summonses.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of February 2024

**/s/ JOSE A. ARCE-DIAZ**
JOSE A. ARCE DIAZ ESQ.
Counsel for Plaintiff
USDC-PR No. 222508
PO Box 270-157
San Juan, P.R.  00928
TEL:(787)647-7007
jag.arcediaz@gmail.com