# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GILBERTO VELEZ<br>    Plaintiff<br><br>V.<br><br>UNITED STATES GOVERNMENT,<br>ALEJANDRO N. MAYORKAS<br>IN HIS OFFICIAL CAPACITY AS<br>SECRETARY OF THE DEPARTMENT OF<br>HOMELAND SECURITY, JANE DOE,<br>RICHARD ROE, MIKEY MOE, INSURANCE<br>COMPANY XYZ<br><br><br>    Defendant | CIVIL NO. 3:24-CV-01047<br>              (CVR) |

## MOTION FOR ISSUANCE OF SUMMONSES AS TO UNITED STATES GOVERNMENT

**TO THE HONORABLE COURT:**

COMES NOW the Plaintiff, through the undersigned counsel and respectfully STATES and PRAYS:

1. In this case, the Court issued the summons as to Stephen Muldrow Unites State Attorney for the District of Puerto Rico and Merrick Garland Attorney general of the United States. However, we have been informed by Unites State Attorney's Office for the District of Puerto Rico that the summons should be addressed to US Government via Stephen Muldrow as Unites States Attorney for the District of Puerto Rico. The same situation applies for the Attorney General of the United States. Thus, we are submitting a new summonses

as to the U.S. Government to be issued by the Clerk of the Court.

**WHEREFORE**, Plaintiff respectfully requests the Court to take notice of the above and order the Clerk of the Court to issue the attached summonses.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of March 2024

**/s/ JOSE A. ARCE-DIAZ**
JOSE A. ARCE DIAZ ESQ.
Counsel for Plaintiff
USDC-PR No.222508
PO Box 270-157
San Juan, P.R.  00928
TEL:(787)647-7007
jag.arcediaz@gmail.com