IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF PUERTO RICO

| | |
|---|---|
| GILBERTO VELEZ<br>    Plaintiff<br><br>V.<br><br>UNITED STATES GOVERNMENT, ALEJANDRO N. MAYORKAS IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, JANE<br><br>    Defendant | CIVIL NO. 3:24-CV-01047<br>(CVR) |

MOTION SUBMMITING PROOF OF SERVICE

TO THE HONORBLE COURT:

COMES NOW the Plaintiff, through the undersigned counsel and respectfully STATES and PRAYS:

    1. On January 31, 2024 the complaint of caption was filed (DE#1) and the summons were timely issued by the Court.

    2. On March 28, 2024, summons were served upon the United States Attorney for the District of Puerto Rico. Thus, we are including as attachment the proof of service as to said co-defendant.

3. Accordingly, we respectfully requests the Honorable Court to take notice of the above.

WHEREFORE, we respectfully requests the Honorable Court to take notice of the above deems executed the summons upon the United States Attorney for the District of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8 day of April 2024

/s/ **JOSE A. ARCE-DIAZ**
JOSE A. ARCE DIAZ ESQ.
Counsel for Plaintiff
USDC-PR No. 222508
PO Box 270-157
San Juan, P.R.  00928
TEL:(787)647-7007
jag.arcediaz@gmail.com