AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Puerto Rico 

| | |
|---|---|
| GILBERTO VELEZ<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES GOVERNMENT<br>ALEJANDRO N. MAYORKAS IN HIS OFFICIAL<br>CAPACITY AS SECRETARY OF THE<br>DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendant(s)* | Civil Action No. 3:24-CV-01047 (CVR) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES GOVERNMENT
c/o STEPHEN MULDROW in his official capacity as
UNITED STATES ATTORNEY FOR
THE DISTRICT OF PUERTO RICO
TORRE CHARDON SUITE 1201
SAN JUAN PUERTO RICO 00918

RECEIVED
MAR 18 2024
US ATTORNEY'S OFFICE
PUERTO RICO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOSE AGUSTIN ARCE-DIAZ LAW OFFICE
PO BOX 270-157
SAN JUAN PUERTO RICO 00928
TEL. 787-647-7007
EMAIL: jag.arcediaz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia Rivera, Esq., CPA
CLERK OF COURT

Digitally signed by Ana Duran
Date: 2024.03.06 19:23:46
-04'00'

Date: 03/06/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-CV-01047 (CVR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Government c/o Stephen Muldrow

was received by me on *(date)* 16 May, 2024

☒ I personally served the summons on the individual at *(place)*
W Stephones Muldrow fiscal Federal [illegible] on *(date)* 18 May 2024; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* [illegible]
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* 18 May 2024
[illegible] on *(date)* _____; or

☐ I returned the summons unexecuted because [illegible]; or

☐ Other *(specify):* Jose Chardon Suite 1201
San Juan PR 00918

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 18 May, 2024

Brasilika Lansteo
*Server's signature*

Toa Alta PR 00953
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: