IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GILBERTO VELEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**ALEJANDRO MAYORKAS, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.**<br><br>Defendant. | CIVIL NO. 24-1047 (CVR) |

**INFORMATIVE MOTION;**
**MOTION TO SET DEADLINE TO ANSWER OR OTHERWISE PLEAD**

TO THE HONORABLE COURT:

COMES NOW Defendant, by and through the undersigned attorney, and very respectfully states and prays:

1. Plaintiff filed the Complaint on January 31, 2024. Service of process was due by April 30, 2024. See ECF No. 1.

2. On May 16, 2024, Defendant filed a motion notifying the court that Plaintiff had yet to perfect service on the Attorney General of the United States and evince proof of service to the court as required by Fed. R. Civ. P. 4(i)(1)-(2) & 4(*l*)(1).

3. Although the Clerk of Court issued summons on May 20, 2024, see ECF No. 18, the docket report in the above-captioned case is *still* devoid of any entries evincing service of process upon the Attorney General.

4. Notwithstanding, just three days ago, on June 25, 2024, the undersigned received a notification from the U.S. Department of Justice stating that the Attorney General of the United States had been served in the above-captioned case.

1

5. Per the foregoing, Defendant requests from this Honorable Court that it grant Defendant until August 26, 2024 to answer the complaint or otherwise plead.

WHEREFORE Defendant respectfully requests from this Honorable Court that it take note of the foregoing and grant Defendant until August 26, 2024 to answer or otherwise plead.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of June 2024.

W. STEPHEN MULDROW
United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918

*s/Priscila M. Acevedo*
PRISCILA M. ACEVEDO
Assistant United States Attorney
USDC-PR No. 307301
Tel: 787-282-1847
Email: priscila.acevedo@usdoj.gov