# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**GILBERTO VELEZ,**

Plaintiff,

v.

**ALEJANDRO MAYORKAS, SECRETARY OF THE U.S. DEPT. OF HOMELAND SECURITY, et al.,**

Defendants.

CIVIL NO. 24-1047 (CVR)

## NOTICE TO THE COURT

TO THIS HONORABLE COURT:

COMES NOW Defendant, through the undersigned attorney, to respectfully state and pray that the undersigned will be out of the office on annual leave from July 22, 2024 to July 28, 2024, during which time the undersigned will have limited access to e-mails and no access to case files.

WHEREFORE the undersigned respectfully requests that the Honorable Court take note of the foregoing.

I HEREBY CERTIFY that on this date, I electronically filed this Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico on July 15, 2024.

W. STEPHEN MULDROW
United States Attorney

*s/Priscila M. Acevedo*
PRISCILA M. ACEVEDO
Assistant U.S. Attorney–USDC-PR 307301
Torre Chardón, Suite 1201
350 Carlos Chardón St.
San Juan, Puerto Rico 00918
Tel. (787) 282-1847
E-mail priscila.acevedo@usdoj.gov