IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GILBERTO VELEZ,

Plaintiff,

v.

ALEJANDRO MAYORKAS, et al.,

Defendants.

CIVIL NO. 24-1047 (CVR)

# **JUDGMENT**

Pursuant to the Court's Opinion and Order of this same date (Docket No. 29), the Court DISMISSES this case, WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 11th day of October 2024.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE